UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-CV-80815-WPD

REEF AZUL, LLC and ROSIBEL MARTINO,

    Plaintiffs,

V.

STEVEN M. POTTER and NICHOLAS G. POTTER

    Defendants.    /

_____

## ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE [DE 39]; DENYING PLAINTIFF'S MOTION FOR SANCTIONS [DE 25]

THIS CAUSE is before the Court upon Plaintiff's Motion for Sanctions Pursuant to 28 U.S.C. § 1927 [DE 25], and the August 22, 2022 Magistrate Judge's Report and Recommendation (the "Report") [DE 39]. The Court notes that no objections to the Report [DE 39] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 39] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 39] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 39] is **ADOPTED** and **APPROVED**; and

2. Plaintiff's Motion for Sanctions Pursuant to 28 U.S.C. § 1927 [DE 25] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 7th day of September, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record
Magistrate Judge McCabe